1  **Rickey Ivie (#76864)**
   **Jennifer R. Jacobs (#157609)**
2  **IVIE, McNEILL & WYATT**
   **444 S. Flower Street, Suite 1800**
3  **Los Angeles, CA 90071**
   **(213) 489-0028 / (213) 489-0552 FAX**
4  Email: jjacobs@imwlaw.com

5  Attorneys for Defendants,
   **COUNTY OF LOS ANGELES; LEANDRO CHAVERRA;**
6  **JAVIER TISCARENO; FRANKLIN NOVELO; MARK TADROUS;**
   **JOSEPH ORTEGO, M.D.; AUSTIN J. ANTHONY, M.D.; RYAN C. HORST, M.D.;**
7  **TUERE MERRIOUNS, M.D.; ARASTOU AMINZADEH, M.D.;**
   **MICHAEL W. FONG, M.D. AND BENJAMIN WYLER, M.D.**

8

9              **UNITED STATES DISTRICT COURT**

10         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11                    **WESTERN DIVISION**

| | |
|---|---|
| 12 GABINO ROSALES, individually and | CASE NO. CV13-7262 SVW (AGRx) |
| as successor in interest to Jorge | Consolidated With: |
| 13 Rosales; MARIA OLIVIA, | CASE NO. CV12-3852 SVW (AGRx) |
| individually and as successor in | |
| 14 interest to Jorge Rosales, | |
| 15 | **JUDGMENT** |
| 16 Plaintiffs, | |
| 17 vs. | Matter for determination by Hon. Stephen V. Wilson |
| 18 COUNTY OF LOS ANGELES, | |
| a municipality, et al., | JS - 6 |
| 19 | |
| 20 Defendants. | |

21        On February 4, 2014, the Court having granted summary judgment in favor of

22  **JOSEPH ORTEGO, M.D., AUSTIN J. ANTHONY, M.D.,  RYAN C. HORST, M.D.,**

23  **TUERE MERRIOUNS, M.D.,  ARASTOU AMINZADEH, M.D.,  MICHAEL W.**

24  **FONG, M.D,** and **BENJAMIN WYLER, M.D.**; and on April 22, 2014, the Court having

25  granted summary judgment in favor of **LEANDRO CHAVERRA** (erroneously sued as

26  Leandro Chevarra), **JAVIER TISCARENO, FRANKLIN NOVELO** (erroneously sued as

27  Franklin Novello), and **MARK TADROUS**:

28

IT IS ADJUDGED AND ORDERED that judgment is hereby entered in favor of Defendants **COUNTY OF LOS ANGELES, LEANDRO CHAVERRA** (erroneously sued as Leandro Chevarra), **JAVIER TISCARENO, FRANKLIN NOVELO** (erroneously sued as Franklin Novello), **MARK TADROUS**, **JOSEPH ORTEGO, M.D.**, **AUSTIN J. ANTHONY, M.D.**, **RYAN C. HORST, M.D.**, **TUERE MERRIOUNS, M.D.**, **ARASTOU AMINZADEH, M.D.**, **MICHAEL W. FONG, M.D.** and **BENJAMIN WYLER, M.D.** and against Plaintiffs **GABINO ROSALES**, individually and as successor in interest to Jorge Rosales, and **MARIA OLIVIA ROSALES**, individually and as successor in interest to Jorge Rosales.

DATED:  May 14, 2014

_____
Hon. Stephen V. Wilson,
United States District Judge